**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **CHRISTOPHER L. BROWN,** | |
| Petitioner, | CASE NO. 01-CV-840 |
| v. | Judge Beckwith |
| **PAT HURLEY, WARDEN,** | Magistrate Judge Perelman |
| Respondent. | |

### RESPONDENT'S NOTICE OF MANUAL FILING

Please take notice that Respondent, by and through counsel, intends to manually file the transcript of Petitioner's trial in state court.

The document will not be filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

Respectfully submitted,

Jim Petro
Ohio Attorney General


S/Diane Mallory
Diane Mallory (0014867)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Diane Mallory