## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

Christopher Brown,
      Petitioner

-vs-                              Case No.  1:01-cv-840

Pat Hurley, Warden,
      Respondent

# JUDGMENT

| | |
|---|---|
| **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| **X**         **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED that:

The Report & Recommendation is **ADOPTED**.  Petitioner's petition for writ of habeas corpus is **DENIED** with prejudice.  A certificate of appealability shall not issue because petitioner has failed to make a substantial showing of the denial of a constitutional right that is remediable in this proceeding.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  The Court hereby **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith. Accordingly, the Court **DENIES** petitioner leave to proceed *in forma pauperis* in any appeal from this Order.  See Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

Date:  June 3, 2004                     James Bonini, Clerk

                                   By:  s/Mary C. Brown
                                       Mary C. Brown, Deputy Clerk